MAY SMYTH, an Infant, etc., and HENRY SMYTH, Respondents, v. FRANK ULSCHMID and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

ISIDORO TRICARICO and Others, Members in Good Standing of SOCIETY OF SAINT JOSEPH PALO DEL COLLE, ITALY, INC., etc., Appellants, v. SOCIETY OF SAINT JOSEPH PALO DEL COLLE, ITALY, INC., and Others, Respondents. (Appeal No. 1.) — Motion to resettle order dated October 29, 1937, denied, without costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

PAUL BRANISS, Respondent, v. NELLIE E. BASSAGE, Appellant. KATHERINE HENWOOD, Respondent, v. NELLIE E. BASSAGE, Appellant.— In actions by plaintiffs to recover for personal injuries, tried together in the City Court of Yonkers, it appeared that there was a collision between two automobiles, going in opposite directions on a broad street, where no collision could have occurred unless one or the other of the drivers was negligent. The jury found a verdict for plaintiffs. Judgments of the City Court of Yonkers unanimously affirmed, with costs. The appeals from the denial of defendant's motion to set aside the verdicts and for a new trial are dismissed. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

WILLIAM BROWN and ELLEN BROWN, Appellants, v. ROSENTHAL ENGINEERING CONTRACTING Co., INC., Respondent.— In an action to recover damages alleged to have been caused to plaintiffs' building by reason of subway construction work done by defendant, there was a verdict for defendant. Judgment unanimously affirmed, with costs. No opinion. Appeal from order denying motion for reargument of motion to set aside the verdict and for a new trial dismissed, without costs. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

COMMISSIONER OF PUBLIC WELFARE on Complaint of LENA D'AMICO, Respondent, v. GAETANO FARULLA, Appellant.— Appeal by defendant from an order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens. Order unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

JOSEPH DAMELIO, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— The plaintiff has recovered judgment for personal injuries suffered by him through a collision between a trolley car of the defendant and a horse and wagon being driven by the plaintiff. In our opinion the verdict is not against the weight of the evidence and the judgment should be affirmed. Judgment unanimously affirmed, with costs. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.